■ In the Matter of CARLOS T., a Person Alleged to be a Juvenile Delinquent, Appellant. [625 NYS2d 897] —Order of disposition, Family Court, New York County (Sara Schechter, J.), entered March 16, 1994, which adjudicated appellant a juvenile delinquent following a fact-finding determination that he had committed acts which, if committed by an adult, would constitute the crimes of criminal sale of a controlled substance in the third degree and criminal possession of a controlled substance in the third degree, and placed him with the Division for Youth for up to 18 months, unanimously affirmed, without costs.

For the reasons stated in *Matter of Deshone C.* and *Matter of Mark M.* (207 AD2d 756, *lv denied* 85 NY2d 801), there is no merit to appellant's contention that the juvenile delinquency petition was jurisdictionally defective. Concur—Sullivan, J. P., Rosenberger, Wallach, Kupferman and Nardelli, JJ.

■ RONI UNGER, Respondent, v STEPHEN PASCAL, Appellant, et al., Defendants. [625 NYS2d 898] —Order, Supreme Court, New York County (Alice Schlesinger, J.), entered March 30, 1994, which denied defendant's motion to dismiss plaintiff's amended complaint pursuant to CPLR 3211 (a) (5) and (7), unanimously affirmed, without costs.

The action is not barred by res judicata or collateral estoppel since the prior fee dispute and the current legal malpractice claim involve different issues *(cf., Chisholm-Ryder Co. v Sommer & Sommer,* 78 AD2d 143). Concur—Sullivan, J. P., Rosenberger, Wallach, Kupferman and Nardelli, JJ.